# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK HARRELLSON,** *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 21-5211 |
| | : | |
| **HAGENS BERMAN SOBOL SHAPIRO LLP,** *et al.*, | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 28th day of December, 2021, it is hereby **ORDERED** that Plaintiffs' Application for Admission *Pro Hac Vice* of Nicholas Boebel (Doc. No. 3) is **GRANTED**.

**AND IT IS SO ORDERED.**

  */s/ Paul S. Diamond*
Paul S. Diamond, J.